IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------x
:
RICHARD ROQUE                  :          3:06 CV 1915 (JBA)
:
v.                                         :
:
COMMISSION LANTZ, ET AL.       :
:          DATE: JANUARY 4, 2011
-------------------------------------------------------x

RECOMMENDED RULING ON PLAINTIFF'S MOTION TO REOPEN

On November 27, 2006, plaintiff, then an inmate at the Bridgeport Correctional Center ["BCC"], commenced this action, pro se, alleging deliberate indifference to serious medical needs and physical disabilities, and retaliation. (Dkt. #1; see also Dkts. ##2, 6-7, 9-13, 25, 35). On December 21, 2007, defendants filed their Answer with affirmative defenses. (Dkt. #37). Counsel filed an appearance for plaintiff on April 24, 2008. (Dkt. #43). On three occasions, defendants filed Motions to Dismiss, due to plaintiff's refusal to appear for his depositions, and all three motions were denied without prejudice to give plaintiff an opportunity to appear at his deposition as required, in light of plaintiff's then recent release from prison, and his alleged physical and mental disabilities. (Dkts. ##41, 50, 56, 58, 59-61, 63, 65). The Court's Endorsement Order, filed May 14, 2009, observed that plaintiff's deposition had been rescheduled for May 27, 2009. (Dkt. #65). Shortly thereafter, on June 8, 2009, defendants filed their fourth Motion to Dismiss for Failure to Prosecute (Dkt. #66), in that plaintiff, once again, failed to appear at his deposition, despite his own attorney having "notified him countless times." (5/27/09 Tr. at 4-5). Plaintiff's counsel failed to file a brief in opposition. On June 30, 2009, U.S. District Judge Janet Bond Arterton filed her Ruling and Order on Defendants' Motion to Dismiss (Dkt. #67), which granted defendants'

motion and directed the Clerk's Office to close the file. (At 2). The next day, July 1, 2009, judgment was entered in defendants' favor. (Dkt. #68).

More than sixteen months later, on November 17, 2010, plaintiff filed the pending Motion to Reopen Case (Dkt. #71)[1], in that he returned to custody at BCC five months earlier, on June 14, 2010 (at 3); he also filed two Motions for Appointment of Counsel (Dkts. ##70, 73). On December 7, 2010, defendants filed their brief in opposition to plaintiff's Motion to Reopen Judgment. (Dkt. #72).[2] As defendants appropriately argue in their brief (Dkt. #72, at 3-4), plaintiff has not satisfied any of the requirements of FED. R. CIV. P. 60(b)(1)-(3), (6) to justify reopening this file, some sixteen months later. See U.S. v. Int'l Bhd. of Teamsters, 247 F.3d 370, 391-92 (2d Cir. 2001); Dauber v. State of Connecticut, No. 03 CV 199 (PCD), 2006 WL 2828426, at *2-4 (D. Conn. Sept. 28, 2006); Collazo v. Sikorsky Aircraft Corp., No. 03 CV 1620 (MRK), 2005 WL 856839, at *2-4 (D. Conn. Apr. 13, 2005).

Accordingly, plaintiff's Motion to Reopen Judgment (Dkt. #71) is denied, and plaintiff's Motions for Appointment of Counsel (Dkts. ##70, 73) are denied without prejudice as moot.

See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within fourteen days after service of same);** FED. R. CIV. P. 6(a), 6(e) & 72; Rule 72.2 of the Local Rules for United States Magistrate Judges, United States District Court for the District of Connecticut; Small v. Secretary, H&HS, 892 F.2d. 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit)**.

---

[1] Attached are copies of DOC Inmate Request Forms, dated 10/22/10.

[2] Attached is the affidavit of Mary Jane Steele, sworn to on December 7, 2010 (Exh. A), with DOC computer printouts attached as Subexhs. 1-2.

Dated at New Haven, Connecticut, this 4th day of January, 2011.

    /s/ Joan G. Margolis, USMJ
Joan Glazer Margolis
United States Magistrate Judge